**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**JAMES ELLIOTT THORPE**                :               **CIVIL ACTION**

**v.**

**MAYOR MIKE NUTTER, et al.**                               **NO. 13-7231**

**O R D E R**

AND NOW, this ___ day of ~~December~~ January, 20~~13~~14, upon
consideration of plaintiff's motion to proceed <u>in forma pauperis</u>
and his <u>pro se</u> complaint, IT IS ORDERED that:

1.    Plaintiff's motion to proceed <u>in forma pauperis</u> is
GRANTED.

2.    The complaint is DISMISSED pursuant to 28 U.S.C. §
1915(e)(2)(B)(ii) for the reasons discussed in the Court's
Memorandum.

3.    The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

Norma L. Shapiro
United States District Judge